UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH ASHLINE, CDCR #BW-6808, Plaintiff, vs. S. ROBERTS, Chief Medical Officer, Defendant. | Case No.:  25-cv-03243-AJB-KSC **ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROCECUTE** |

On November 7, 2025, Plaintiff Richard Joseph Ashline, a state inmate proceeding *pro se*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 along with a motion to proceed *in forma pauperis* ("IFP"). (Doc. Nos. 1–2.) On January 16, 2026, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief may be granted. (Doc. No. 3.) Plaintiff was notified of the deficiencies of his pleading and granted leave to amend on or before March 2, 2026. (*Id.* at 6–7.) Plaintiff was informed that if he failed to timely amend, the Court would dismiss this action for failure to state a claim and failure to prosecute. (*Id*. at 7 (quoting *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal

25-cv-03243-AJB-KSC

of the complaint into dismissal of the entire action.")).) To date, Plaintiff has not filed an amended complaint or otherwise contacted the Court.

Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED**.

Dated:  April 3, 2026

Hon. Anthony J. Battaglia
United States District Judge

25-cv-03243-AJB-KSC